# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700083**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**SHANNON R. TRUJILLO, JR.**
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Mark D. Sameit, USMC.
Convening Authority: Commanding Officer, 3d Assault Amphibian
Battalion, 1st Marine Division (REIN), FMF, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Matthew J. Stewart, USMC.
For Appellant: Commander Christopher E. Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 23 May 2017

———————————————

Before CAMPBELL, HUTCHISON, and MILLER, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court